| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GARRIE LAVERT SAMUELS, §
　　　　　　　　　　　　　　 §
　　　　Plaintiff, §
　　　　　　　　　　　　　　 §
*versus* § CIVIL ACTION NO. 1:07-CV-435
　　　　　　　　　　　　　　 §
BUREAU OF PRISONS, *et al.*, §
　　　　　　　　　　　　　　 §
　　　　Defendants. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Garrie Lavert Samuels, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, brought this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against the Bureau of Prisons, Warden T. C. Outlaw, and unidentified defendants.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 14th day of September, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE